# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Ash-har Quraishi, Marla Cichowski and Sam Winslade, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **Case No. 16-cv-1320** |
| St. Charles County, Missouri, | )<br>)<br>) |
| Deputy Michael Anderson, a member of the St. Charles County Regional SWAT Team, | )<br>)<br>) |
| Unknown Police Shooter #1 | )<br>) |
| and | )<br>) |
| Unknown Police Shooter #2, | )<br>) |
| Defendants. | ) |

## NOTICE OF INTENT TO USE PROCESS SERVER

COMES NOW Plaintiffs, Ash-har Quraishi, Marla Cichowski and Sam Winslade, and notifies the Court of the intent to use:

Antoinette Kovar
Cotten Investigation
2820 Lafayette,
St. Louis, Missouri  63104

To Serve:

St. Charles County, Missouri, Deputy Michael Anderson, Unknown Police Shooter #1 and Unknown Police Shooter #2 in the above-styled cause.  The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.  The undersigned affirms the information provided above is true and correct.

Respectfully submitted,

LATHROP & GAGE, LLP


By: */s/Bernard J. Rhodes*
    Bernard J. Rhodes    (EDMO #550712)
    2345 Grand Blvd., Ste. 2400
    Kansas City, MO 64108
    (816) 292-2000 – Telephone
    (816) 292-2001 – Facsimile
    brhodes@lathropgage.com

    ATTORNEYS FOR PLAINTIFFS