# United States District Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, Missouri 63102

Gregory J. Linhares  314-244-7900
Clerk of Court

August 15, 2016

Bernard J. Rhodes
LATHROP AND GAGE, LLP
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108

RE:   Quraishi et al v. St. Charles County, Missouri et al
Case #   4:16-cv-01320-NAB

Dear Bernard J. Rhodes:

Please refer to Local Rule 12.01(F) for the Eastern District of Missouri concerning nonresident attorneys and the procedure to follow to be admitted to practice Pro Hac Vice in this Court. All pertinent information can be obtained from the Court's website at www.moed.uscourts.gov, including the Verified Motion for Admission Pro Hac Vice form and the E-Filing registration form.

If you have previously been issued a CM/ECF login and password by the Eastern District of Missouri, do not complete the online registration. Use the existing login information to e-file the Verified Motion for Admission Pro Hac Vice in the case in which you wish to enter.

If you do not have a login and password, complete the online registration at http://ecf.moed.uscourts.gov/AttorneyReg/. E-mail the attorney name, bar number, and birthdate to Attorney_Admissions@moed.uscourts.gov. Enter Pro Hac Admission in the subject line. Complete the Verified Motion for Admission Pro Hac Vice and file the motion in the case in which you wish to appear using your newly issued CM/ECF login and password. Note: the Motion for Admission Pro Hac Vice cannot be filed by another attorney.

Please note Local Rule 12.01(E) requires the payment of a prescribed fee. The fee is currently set at $100.00 payable upon filing of the motion via CM/ECF through Pay.gov.

If you would like to apply for permanent admission in lieu of filing the motion for admission pro hac vice, that form can also be found on the Court's website.

If you have any questions, please do not hesitate to contact our office.

Sincerely,

GREGORY J. LINHARES, CLERK OF COURT


By:  /s/Mavis Gaines
     [Deputy Clerk]
     Deputy Clerk

Enclosure(s)