IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Ash-har Quraishi, Marla Cichowski, and Sam Winslade, ) ) ) Plaintiffs, ) ) v. ) ) St. Charles County, Missouri, et. al. ) ) Defendants. ) | ) Case No. 16-cv-1320 NAB |

**COUNTY DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants St. Charles County, Missouri and Deputy Michael Anderson ("County Defendants"), and hereby move for summary judgment as there are no genuine issues of material fact, and County Defendants are entitled to judgment as a matter of law. County Defendants incorporate herein their August 15, 2017 Motion for Summary Judgment (Doc. 53) and attachments, and have filed their Supplemental Statement of Uncontroverted Material Facts and Supplemental Memorandum in Support of their Motion for Summary Judgment contemporaneously herewith and incorporate the same by reference.  For their Supplemental Motion for Summary Judgment, County Defendants state the following:

1. Deputy Michael Anderson is entitled to summary judgment on Counts I, III, and V because he did not violate Plaintiffs' Fourth, First, or Fourteenth Amendment rights, respectively.

2. Deputy Michael Anderson is entitled to summary judgment on Counts I, III, and V as any constitutional violations were not clearly established on August 13, 2014, so he is entitled to qualified immunity on those claims.

3. Deputy Michael Anderson is entitled to summary judgment on the claim of

battery (Count VI) because he did not use excessive force in exercising his duties and Plaintiffs cannot prove each and every element of battery.

  4.  Deputy Michael Anderson is entitled to summary judgment on the claim of battery (Count VI) because he is entitled to official immunity on that claim.

  5.  Deputy Michael Anderson is entitled to summary judgment on each claim for punitive damages because Plaintiffs have not alleged or properly supported facts to meet each and every element of that claim.

  6.  For the reasons stated in County Defendants' initial Motion for Summary Judgment, County Defendants are further entitled to summary judgment on each of Plaintiffs' claims.

  WHEREFORE, Defendants St. Charles County, Missouri and Deputy Michael Anderson ("County Defendants") request that this Court grant their Motion for Summary Judgment, and grant such other relief as this Court deems just and proper.

            Respectfully submitted,

            **OFFICE OF THE ST. CHARLES**
            **COUNTY COUNSELOR**

            */s/ Holly E. Ragan*
            Holly E. Ragan #65118MO
            Rory P. O'Sullivan #626388MO
            Beverly E. Temple #36095MO
            Associate County Counselors
            100 N. Third Street
            Suite 216
            St. Charles, MO 63301
            (636) 949-7540
            hragan@sccmo.org
            rosullivan@sccmo.org
            btemple@sccmo.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2018, a true copy of the foregoing was delivered through the Court's Notice of Electronic Filing to:

Bernard J. Rhodes
LATHROP AND GAGE, LLP
2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108

*Holly E. Ragan*