STATUS CONFERENCE MINUTES

DATE:

CASE NO.:

CASE SHORT NAME:

JUDGE:   Nannette A. Baker

DEPUTY CLERK:   n/a

PARTIES PRESENT         IN PERSON         BY TELEPHONE         BY VIDEO

CONFERENCE HELD IN:   CHAMBERS         COURTROOM         OTHER

COURT REPORTER PRESENT:   YES         NO

PROCEEDINGS COMMENCED:                         CONCLUDED: